UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

FOOD N GREEN, INC.,

Docket No. CV-13-5318

                         Plaintiffs,

AFFIDAVIT OF SERVICE

        -against-

YCK, LLC d/b/a CROSS ISLAND SUPER FOODS and
And KEE HYON, individually

                         Defendant.
-----------------------------------------------------------------------X
STATE OF NEW YORK          }
                           } ss.:
COUNTY OF NASSAU           }

Lee Pakulsky being duly sworn deposes and says:  I am not a party to the action; I am
over 18 years of age and reside in Queens County; that on the 25th of September at
1:25pm.deponent served the attached Summons & Complaint.

Kee Hyon, President of YCK, LLC d/b/a Cross Island Super Foods who also informed
me he goes by the Korean name. Kyon A Yi and is also known as "Tommy" accepted
service for YCK, LLC d/b/a  Cross Island Super Foods and individually at 2046
Lakeville Rd, New Hyde Park, NY 11040.

Mr. Hyon was 5'8, 200lbs, dark hair, Asian and wore glasses.

I explained to him he was ordered to appear in court on Monday, September 30, 2013 at
11:30am and he stated he understood.

                                        _____
                                        Name:   Lee Pakulsky

Sworn to before me this
25th day of September, 2013

_____
            Notary Public

Pamela J. Castelli
Notary Public - State of New York
No. 01CA6162097
Qualified in Suffolk County
Commission Exp. March 05, 20 15